IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| KAISER ALUMINUM CORPORATION, a Delaware Corporation, et al., | § § § § § | Jointly Administered Case No. 02-10429 (JKF) |
| Debtors. | § § § | |
| KAISER ALUMINUM & CHEMICAL CORPORATION, | § § § | |
| Movant, | § § | |
| vs. | § § | Re: Docket Nos. 7480, 7841 & 8371 |
| PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES, | § § § § § | |
| Respondent. | § | |

**NOTICE OF APPEAL**

TO THE HONORABLE JUDITH K. FITZGERALD:

Creditor Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities ("Clark"), pursuant to 28 U.S.C. § 158(a) and Federal Rule of Bankruptcy Procedure 8001, hereby files its Notice of Appeal.

Clark appeals to the United States District Court for the District of Delaware from the Order (I) Granting Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities and (II) Disallowing Claims Filed by Clark Public Utilities (Docket No. 8371), which order was entered by the Honorable Bankruptcy Court on March 7, 2006. The names of all parties to the Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**KAISER ALUMINUM & CHEMICAL CORPORATION:**

Daniel J. DeFranceschi
Kimberly D. Newmarch
RICHARDS, LAYTON & FINGER
One Rodney Square
PO Box 551
Wilmington, Delaware  19899
Telephone:    (302) 651-7816

and

Gregory M. Gordon
Daniel P. Winikka
JONES DAY
2727 North Harwood Street
Dallas, Texas  75201
Telephone:    (214) 220-3939

*Counsel for Debtor and Debtor-in-Possession
Kaiser Aluminum & Chemical Corporation*

**PUBLIC UTILITY DISTRICT NO. 1 OF CLARK COUNTY
d/b/a CLARK PUBLIC UTILITIES:**

Frederick B. Rosner
DUANE MORRIS
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:    (302) 657-4900

and

William A. Wood, III
Warren W. Harris
Tracy C. Temple
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2781
Telephone:    (713) 223-2300

and

George H. Williams,
BRACEWELL & GIULIANI LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006
Telephone:    (202) 828-5800
*Counsel to Creditor Public Utility District No. 1 of
Clark County d/b/a Clark Public Utilities*

**OFFICIAL COMMITTEE OF UNSECURED CREDITORS**

William P. Bowden, Esquire
ASHBY & GEDDES
222 Delaware Avenue
P.O. Box 1150
Wilmington, DE 19899
Telephone:    (302) 654-1888

and

Lisa Beckerman, Esquire
Brian A. Kilmer, Esquire
AKIN, GUMP, STRAUSS, HAUER & FELD, LLP
590 Madison Avenue
New York, NY 10022
Telephone:    (212) 872-1000

*Counsel to the Official Committee of Unsecured Creditors*

**OFFICIAL COMMITTEE OF ASBESTOS CLAIMANTS**

Marla R. Eskin, Esquire
Mark T. Hurford, Esquire
CAMPBELL & LEVINE, LLC
800 King Street, Suite 300
Wilmington, DE 19801
Telephone:    (302) 426-1900

and

Elihu Inselbuch, Esquire
CAPLIN & DRYSDALE, CHARTERED
399 Park Avenue
New York, NY 10022
Telephone:    (212) 319-7125

and

Peter Van N. Lockwood, Esquire
CAPLIN & DRYSDALE, CHARTERED
One Thomas Circle, N.W.
Washington, DC 20005
Telephone:    (202) 862-5065

*Counsel to the Official Committee of Asbestos Claimants*

Dated: March 16, 2006

                                                DUANE MORRIS

                                                Frederick B. Rosner (ID No. 3995)
                                                1100 North Market Street, Suite 1200
                                                Wilmington, DE 19801-1246
                                                Tel: (302) 657-4900
                                                Fax: (302) 657-4901

                                                and

                                                BRACEWELL & GIULIANI LLP
                                                William A. Wood, III, Esq.
                                                (Texas Bar ID 21916050)
                                                Warren W. Harris, Esq.
                                                (Texas Bar ID 09108080)
                                                Tracy C. Temple, Esq.
                                                (Texas Bar ID 00793446)
                                                711 Louisiana Street, Suite 2300
                                                Houston, Texas 77002-2781
                                                Tel: (713) 223-2300
                                                Fax: (713) 221-1212

                                                and

                                                George H. Williams, Esq.
                                                2000 K Street, N.W., Suite 500
                                                Washington, DC 20006
                                                Phone: (202) 828-5800
                                                Fax: (202) 223-1225

                                                *Counsel to Public Utility District No. 1 of Clark*
                                                *County d/b/a Clark Public Utilities*

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

**Kaiser Aluminum Corporation**
**Bankruptcy Case No. 02-10429**                     April 13, 2006
**Appeal No.: 06-30**

| | |
|---|---|
| **Name of Appellant:** | Public Utility No. 1 of Clark County dba Clark Public Utilities |
| **Counsel for Appellant:** | Frederick B Rosner<br>1100 North Market Street  suite 1200<br>Wilmington DE 19801 |
| **Name of Appellee:** | Kaiser Aluminum Corporation et al |
| **Counsel for Appellee:** | Daniel J DeFranceschi<br>Kimberly D Newmarch<br>One Rodney Square<br>PO Box 551<br>Wilmington DE 19899 |

**Enclosed Items:**
**Notice of Appeal: docket # 8415, Order #8371**
Related Docket entries #7480,#7841

**Appellant: Designation: docket  # 8469**
**Appellee: Designation:  docket  # 8504**

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF DELAWARE

Clerk of Court                                     824 Market Street
                                                   Wilmington, DE 19801
                                                   (302) 252-2900

Date:   April 13, 2006

To:     Clerk of Court
        U.S. District Court
        District of Delaware
        Wilmington De 19801

Re      **Kaiser Aluminum Corporation**
        **Bankruptcy Case #02-10429**
        Ap #06-30

Enclosed you will find Notice of **Appeal docket #8415, Order docket #8371,**
Related Docket Entries #7480, #7841,
Request for, **Designation docket #8469 appellant's, #8504 appelle,** .
Kindly acknowledge receipt of this document. Betsy_Magnuson@DEB.uscourts.gov

                                        Sincerely,
                                        /s/ Betsy Magnuson
                                        Deputy Clerk

I hereby acknowledge receipt of the above transferred record this ___day of _____2003.


By:_____
        Deputy Clerk


                                        _____ Supervisor

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : |
| | : Jointly Administered |
| KAISER ALUMINUM CORPORATION, | : Case No. 02-10429 (JKF) |
| a Delaware corporation, et al., | : |
| | : Chapter 11 |
| Debtors. | : |
| | : |
| KAISER ALUMINUM & CHEMICAL | : |
| CORPORATION, | : |
| | : Hearing Dates: 11/14/05, 01/12/06 & |
| Movant, | :                 01/30/06 |
| vs. | : Re: Docket Nos. 7480 & 7841 |
| | : Re: Agenda Item 5 |
| PUBLIC UTILITY NO. 1 OF CLARK | : |
| COUNTY, d/b/a CLARK PUBLIC | : |
| UTILITIES, | : |
| | : |
| Respondent. | : |

ORDER (I) GRANTING MOTION OF DEBTOR AND DEBTOR IN
POSSESSION KAISER ALUMINUM & CHEMICAL CORPORATION FOR
SUMMARY JUDGMENT REGARDING ITS VERIFIED MOTION FOR AN
ORDER DISALLOWING CLAIMS FILED BY CLARK PUBLIC UTILITIES
AND (II) DISALLOWING CLAIMS FILED BY CLARK PUBLIC UTILITIES

This matter coming before the Court on the Motion of Debtor and Debtor in

Possession Kaiser Aluminum & Chemical Corporation for Summary Judgment Regarding Its

Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities (the "Summary

Judgment Motion") [Docket No. 7841], filed by debtor Kaiser Aluminum & Chemical

Corporation ("KACC"), one of the above-captioned debtors and debtors in possession

(collectively, the "Debtors"); the Court having (a) entered on October 29, 2002 and March 17,

2003, orders establishing January 31, 2003 (for the Debtors that filed in 2002) and May 15, 2003

(for the Debtors that filed in 2003), respectively, as the bar dates by which most entities wishing

to assert a claim, other than asbestos-related personal injury claims, must file a proof of claim;

DLI-5975230v2
RLF1-2986400-1

-2-

and (b) reviewed (i) KACC's Summary Judgment Motion, Brief in Support of the Summary Judgment Motion [Docket No. 7842], Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities [Docket No. 7480] (the "Motion to Disallow"), Affidavit of Edward F. Houff in support thereof (attached as Exhibit A to the Motion to Disallow), and Reply to Clark Public Utilities' Response to Summary Judgment Motion [Docket No. 8043] and (ii) Clark Public Utilities' Response and Objection to the Summary Judgment Motion [Docket No. 8016], Brief in Support of Response and Objection to Summary Judgment Motion [Docket No. 8017], Affidavit of James L. Sanders in support thereof [Docket No. 8018], and Objection to Motion to Disallow [Docket No. 7593]; the Court finding that (a) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and (c) notice of the Summary Judgment Motion and the Motion to Disallow was adequate under the circumstances; and the Court having determined that, for the reasons the Court articulated on the record at the January 12 and January 30, 2006 hearings, the legal and factual bases set forth in the pleadings establish just cause for the relief granted herein;

IT IS HEREBY ORDERED THAT:

1. For the reasons the Court articulated on the record at the January 12 and 30, 2006 hearings, the Summary Judgment Motion is GRANTED, and Claim No. 3122 and Claim No. 7245 are disallowed in their entirety.

Dated: March 7, 2006

*Judith K. Fitzgerald*
UNITED STATES BANKRUPTCY JUDGE