IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § § | |
| KAISER ALUMINUM CORPORATION, a Delaware Corporation, et al., | § § § § § | Jointly Administered Case No. 02-10429 (JKF) Chapter 11 |
| Debtors. | § § § | |
| KAISER ALUMINUM & CHEMICAL CORPORATION, | § § § | |
| Movant, | § § § | |
| vs. | § § | Re: Docket Nos. 7480 & 7841 |
| PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES, | § § § § | |
| Respondent. | § § | |

**APPELLANT'S DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL AND STATEMENT OF ISSUES FOR APPEAL**

Creditor Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities ("Clark"), pursuant to Federal Rule of Bankruptcy Procedure 8006, hereby files its designation of items to be included in the record and statement of the issues for appeal to the United States District Court for the District of Delaware, of the Order (I) Granting Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities and (II) Disallowing Claims Filed by Clark Public Utilities, which order was entered by the bankruptcy judge on March 7, 2006.

DM3\350721.1

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

| Exhibit Number | Docket Number | Description |
|---|---|---|
| 1 | | Bankruptcy Court Docket Sheet from October 29, 2002 to date. |
| 2 | 1301 | Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof. |
| 3 | 1992 | Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof for Debtors and Debtors in Possession Alpart Jamaica Inc., KAE Trading, Inc., Kaiser Aluminum & Chemical Canada Investment Limited, Kaiser Aluminum & Chemical of Canada Limited, Kaiser Bauxite Company, Kaiser Center Properties, Kaiser Export Company, Kaiser Jamaica Corporation and Texada Mines, LTD. |
| 4 | 7480 | Verified Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for an Order Disallowing Claims Filed by Clark Public Utilities. |
| | | All exhibits attached to the Verified Motion of Docket 7480. |
| 5 | 7582 | Respondent's Brief and Motion for Determination that the Debtors' Motion for an Order Disallowing Claims [Docket No. 7480] Filed by Clark Public Utilities is a Non-Core Proceeding. |
| | | All exhibits attached to Brief and Motion of Docket 7582. |
| 6 | 7593 | Response to the Verified Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for an Order Disallowing Claims Filed by Clark Public Utilities. |
| | | All exhibits attached to the Motion of Docket 7593. |
| 7 | 7596 | Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims. |
| | | All exhibits attached to Emergency Motion of Docket 7596. |
| 8 | 7649 | Response of the Official Committee of Unsecured Creditors in Support of the Verified Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for an Order Disallowing Claims Filed by Clark Public Utilities. |
| 9 | 7662 | Kaiser Aluminum & chemical Company's Reply to Clark Public Utilities' Response to Verified Motion for an Order Disallowing Claims |
| 10 | 7693 | Respondent's Reply Brief in Further Support of Motion to Withdraw the Reference [Docket 7572] of the Debtors' Motion for an Order Disallowing Claims [Docket No. 7840] Filed by Clark Public Utilities from the United States Bankruptcy Court for the District of Delaware. |
| 11 | 7698 | Motion for Determination that the Debtors' Motion for an Order Disallowing Claims is a Non-Core Proceeding. |
| 12 | 7775 | Motion for Determination that the Debtors' Motion for an Order Disallowing Claims is a Non-Core Proceeding. |

DM3\350721.1

| 13 | 7804 | Order Denying Motion by Public Utility District No. 1 of Clark County for Determination that the Debtors' Motion for an Order disallowing Claims is a Non-Core Proceeding |
|---|---|---|
| 14 | 7841 | Motion of Debtor and Debtor in Possession Kaiser Aluminum & chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities |
| 15 | 7842 | Brief in Support of Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities |
|  |  | All exhibits attached to the Summary Judgment Motion and Brief in Support of the Summary Judgment Motion |
| 16 | 8016 | Response and Objection to the Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities. |
|  |  | All exhibits attached to Clark Public Utilities Response and Objection to the Summary Judgment Motion |
| 17 | 8017 | Brief in Support of Response and Objection to the Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities. |
|  |  | All exhibits attached to the Brief in Support of Clark Public Utilities Response and Objection to the Summary Judgment Motion |
| 18 | 8018 | Affidavit of James L. Sanders in Support of Response and Brief of Clark Public Utilities to Kaiser's Motion for Summary Judgment. |
| 19 | 8043 | Reply to Clark Public Utilities' Response to Motion for Summary Judgment Regarding Verified Motion for an Order Disallowing Claims. |
| 20 | 8181 | Transcript of hearing held on January 12, 2006 |
|  |  | All exhibits offered by Clark Public Utilities during the January 12, 2006 hearing on Motion for Summary Judgment |
| 21 |  | Transcript of hearing held on January 30, 2006 |
| 22 | 8354 | Certification of Counsel Regarding Order (I) Granting Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities and (II) Disallowing Claims Filed by Clark Public Utilities. |
| 23 |  | All exhibits attached to Certification of Docket 8354 |
| 24 | 8371 | Order (I) Granting Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities and (II) Disallowing Claims Filed by Clark Public Utilities, entered on March 7, 2006 |
| 25 | 8415 | Notice of Appeal filed by Clark Public Utilities on March 16, 2006 |

DM3\350721.1

## STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL

1. Whether the Bankruptcy Court had jurisdiction over adjudication of the objection to Clark's proofs of claims?

2. Did the Bankruptcy Court err in granting summary judgment in favor of Kaiser Aluminum & Chemical Corporation and in disallowing the claims filed by Clark Public Utilities?

Clark reserves the right to modify, restate and/or supplement the foregoing designation of items and statement of issues to the fullest extent permitted by the Bankruptcy Code and Rules.

Dated: March 27, 2006
       Wilmington, Delaware

DUANE MORRIS

_____
Frederick B. Rosner (ID No. 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:   (302) 657-4900
Facsimile:    (302) 657-4901

-and-

BRACEWELL & GIULIANI LLP
William A. Wood, III, Esq.
(Texas Bar ID 21916050)
Warren W. Harris, Esq.
(Texas Bar ID 09108080)
Tracy C. Temple, Esq.
(Texas Bar ID 00793446)
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2781
Telephone:   (713) 223-2300
Facsimile:    (713) 221-1212

-and-

DM3\350721.1

Case 1:06-cv-00247-JJF    Document 2    Filed 04/13/2006    Page 5 of 5

-5-

George H. Williams, Esq.
2000 K Street, N.W., Suite 500
Washington, DC 20006
Telephone:    (202) 828-5800
Facsimile:    (202) 223-1225

*Counsel to Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities*

DM3\350721.1