IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>KAISER ALUMINUM CORPORATION,<br>a Delaware Corporation, et al.<br><br><br>Debtors. | Jointly Administered<br><br>Case No. 02-10429 (JKF)<br><br><br>Chapter 11 |
| KAISER ALUMINUM & CHEMICAL CORPORATION,<br><br>Movant,<br><br>v.<br><br>PUBLIC UTILITY NO. 1 OF CLARK COUNTY, d/b/a CLARK PUBLIC UTILITIES,<br><br>Respondent. | <br><br><br><br><br><br>Re: Docket Nos. 8415 & 8469 |

### KAISER ALUMINUM & CHEMICAL CORPORATION'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Pursuant to Federal Rule of Bankruptcy Procedure 8006, Kaiser Aluminum & Chemical Corporation ("KACC"), one of the above-captioned debtors and debtors in possession, hereby submits this designation of additional items to be included in the record on appeal and transmitted to the District Court for the District of Delaware in connection with the appeal of Public Utility No. 1 of Clark County, d/b/a Clark Public Utilities ("Clark") of the Bankruptcy Court's March 7, 2006 Order (I) Granting Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities and (II) Disallowing Claims Filed by Clark Public Utilities.

**Designation of Additional Items Filed in Bankruptcy Court to Be Included in the Record**[1]

| Exhibit # | Docket #[2] | Description |
|---|---|---|
| 1 | | Proof of Claim Number 3122 filed by Clark and received by Logan & Company on January 30, 2003. |
| 2 | | Proof of Claim Number 7245 filed by Clark and received by Logan & Company on January 30, 2003 |
| 3 | 644 | Motion for Relief from Stay Protecting Kaiser Aluminum and Chemical Corporation. Filed on June 14, 2002. |
| 4 | 645 | Memorandum of Law in Support of Clark Public Utilities' Motion for Relief from the Automatic Stay Protecting Kaiser Aluminum and Chemical Corporation Filed by Clark Public Utilities. Filed on June 14, 2002 |
| 5 | 783 | Objection to Motion of Public Utility District No. 1 of Clark County for Limited Relief from Stay Protecting Kaiser Aluminum and Chemical Corporation Under Section 362 of the Bankruptcy Code Filed by Official Committee of Unsecured Creditors. Filed on July 15, 2002 |
| 6 | 795 | Objection to Motion of Public Utility District No. 1 of Clark County for Limited Relief from the Automatic Stay Filed by KACC. Filed on July 16, 2002. |
| 7 | 886 | Transcript of hearing held on July 23, 2002. |
| 8 | 1090 | Order signed on 9/17/2002 - Denying Motion of Public Utility District No. 1 of Clark County for Limited Relief from the Automatic Stay. Entered on September 17, 2002. |
| 9 | 1555 | Emergency Motion for Relief from Stay Protecting Kaiser Aluminum and Chemical Corporation. Filed by Clark on January 7, 2003. |
| 10 | 1556 | Motion to Shorten Time Filed by Clark Public Utilities. Filed on January 7, 2003. |
| 11 | 1574 | Objection to the Emergency Motion of Public Utility District No. 1 of Clark County for Limited Relief from the Automatic Stay Protecting Kaiser Aluminum and Chemical Corporation Filed by Official Committee of Unsecured Creditors. Filed on January 13, 2003. |
| 12 | 1580 | Objection to Emergency Motion of Clark County. Filed by KACC on January 13, 2003. |
| 13 | 1696 | Transcript of hearing held on January 15, 2003. |
| 14 | 1725 | Emergency Motion to Reconsider Prior Motion for Relief From the Automatic Stay Filed by Clark Public Utilities. Filed on 2/05/03. |

---

[1] All items designated herein by KACC include all exhibits, attachments or other papers included within each docket entry for such item.

[2] Docket numbers refer to the docket in the main bankruptcy case, Case No. 02-10429 in the United States Bankruptcy Court for the District of Delaware.

| | | |
|---|---|---|
| 15 | 1726 | Motion to Shorten Time Filed by Clark Public Utilities. Filed on February 5, 2003. |
| 16 | 1731 | Order Granting Motion to Shorten Time and setting telephonic hearing on Motion of Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities to Reconsider Motion. Entered on February 7, 2003. |
| 17 | 1736 | Objection of the Official Committee of Unsecured Creditors to the Emergency Motion of Public Utility District No. 1 of Clark County for Reconsideration of Motion Dated January 7, 2003 Requesting Limited Relief from the Automatic Stay Protecting Kaiser Aluminum and Chemical Corporation. Filed on February 10, 2003. |
| 18 | 1737 | Objection to Emergency Motion of Public Utility District No. 1 Clark County. Filed by KACC on February 10, 2003. |
| 19 | 1813 | Transcript of hearing held on February 11, 2003. |
| 20 | 1909 | Transcript of hearing held on March 3, 2003. |
| 21 | 1920 | Order Granting Motion to Shorten Notice of Motion of Debtor and Debtor In Possession to Reinstate and Enforce the Automatic Stay Against Clark Public Utilities for Failure to Comply with Court's Order Regarding Clark Public Utilities' March 3, 2003 Submission to the Federal Energy Regulatory Commission. Entered on March 12, 2003. |
| 22 | 1991 | Order Denying Emergency Motion of Public Utility District No. 1 of Clark County for Limited Relief From Stay. Entered on March 17, 2003. |
| 23 | 2000 | Order Granting in Part and Denying in Part the Emergency Motion of Public Utility District No. 1 of Clark County for Reconsideration of Motion Dated January 7, 2003 Requesting Limited Relief From the Automatic Stay. Entered on March 17, 2003. |
| 24 | 2044 | Transcript of hearing held on March 17, 2003. |
| 25 | 2395 | Order Denying Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation to Reinstate and Enforce the Automatic Stay Against Clark Public Utilities for Failure to Comply with the Court's Order Regarding Clark Public Utilites' March 3, 2003. Entered on June 10, 2003. |
| 26 | 2595 | Motion to Shorten Time and for Relief <u>Pendente Lite</u> Filed by Clark Public Utilities. Filed on July 18, 2003. |
| 27 | 2598 | Motion for Relief from Stay. Filed by Clark on July 18, 2003. |
| 28 | 2611 | Objection of the Official Committee of Unsecured Creditors to the Emergency Motion of Public Utility District No. 1 of Clark County for Limited Relief from the Automatic Stay Protecting Kaiser Aluminum and Chemical Corporation. Filed on July 23, 2003. |
| 29 | 2612 | Objection of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation to Emergency Motion of Public Utility District No. 1 of Clark County for Limited Relief From the Automatic Stay. Filed on July 23, 2003. |

| | | |
|---|---|---|
| 30 | 2616 | Order Denying Public Utility District No. 1 of Clark County Motion for Relief from Stay. Entered on July 23, 2003. |
| 31 | 7572 | Motion to Withdraw the Reference. Filed by Clark on October 24, 2005. |
| 32 | 7583 | Brief in Support of Motion to Withdraw the Reference of the Debtors' Motion for an Order Disallowing Claims Filed by Clark Public Utilities from the United States Bankruptcy Court for the District of Delaware. Filed on October 24, 2005. |
| 33 | 7595 | Motion to Shorten Time with Respect to Its Emergency Motion to Stay Debtor's Motion for an Order Disallowing Claims Filed by Public Utility District No. 1 of Clark County. Filed on October 25, 2005. |
| 34 | 7644 | Kaiser Aluminum & Chemical Corporation's Brief in Response to Motion and Brief of Clark Public Utilities to Withdraw the Reference of the Debtors' Motion for an Order Disallowing Claims Filed by Clark Public Utilities. Filed by KACC on November 3, 2005. |
| 35 | 7646 | Joinder of the Official Committee of Unsecured Creditors to Kaiser Aluminum & Chemical Corporation's Brief in Response to Motion and Brief of Clark Public Utilities to Withdraw the Reference of the Debtors' Motion for an Order Disallowing Claims Filed by Clark Public Utilities. Filed on November 4, 2005. |
| 36 | 7647 | Joinder of the Official Committee of Unsecured Creditors to Debtors' Response to Motion and Brief of Clark Public Utilities for a Determination that Debtors' Motion to Disallow Claims is a Non-Core Proceeding. Filed on November 4, 2005. |
| 37 | 7660 | Objection to Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims. Filed by KACC on November 7, 2005. |
| 38 | 7694 | Debtor Kaiser Aluminum & Chemical Corporation's Response to Respondent's Brief and Motion for Determination that Debtors' Motion Disallowing Claims is a Non-Core Proceeding. Filed on November 10, 2005. |
| 39 | 7711 | Protective Objection of Clark Public Utilities to Confirmation of Debtors' Second Amended Joint Plan of Reorganization. Filed on November 14, 2005. |
| 40 | 7720 | Order Shortening Time for Hearing on the Emergency Motion of Clark Public Utilities for Stay of Debtors' Motion for an Order Disallowing Claims. Entered on November 15, 2005. |
| 41 | 7747 | Transcript of hearing held on November 14, 2005. |
| 42 | 7777 | Order Denying Emergency Motion by Public Utility District No. 1 of Clark County for Stay of Debtors' Motion for Order Disallowing Clark's Claims. Entered on November 21, 2005. |

**Designation of Additional Items Filed in District Court to Be Included in Record[3]**

| Exhibit # | Docket # | Description |
|---|---|---|
| 1 | 6 | Emergency Motion of Clark Public Utilities for Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference. Filed on December 5, 2005. |
| 2 | 7 | Opening Brief in Support of Motion to Withdraw the Reference and Emergency Motion of Clark Public Utilities for Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference. Filed on December 5, 2005. |
| 3 | 8 | Motion for Expedited Hearing for Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims. Filed on December 5, 2005. |
| 4 | 12 | Response of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation to Motion for Expedited Hearing for Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims. Filed on December 15, 2005. |
| 5 | 13 | Brief in Response to Brief and Emergency Motion of Clark Public Utilities for Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference. Filed on December 15, 2005. |
| 6 | 16 | Respondent's Reply Brief In Further Support Of Emergency Motion Of Clark Public Utilities To Stay Further Proceedings Related To The Debtors' Motion For An Order Disallowing Claims Pending Determination Of Motion To Withdraw Reference. Filed on December 22, 2005. |
| 7 | 23 | Transcript of Argument Hearing held on 1/11/06 before Judge Farnan, Jr. |

---

[3] These items were filed in the District Court Case No. 05-00836, Public Utility District No. 1 of Clark County v. Kaiser Aluminum & Chemical Corporation filed on December 5, 2005 in the United States District Court for the District of Delaware.

Dated: April 6, 2006
Wilmington, Delaware

Respectfully submitted,

*/s/ Kimberly D. Newmarch*
Daniel J. DeFranceschi (DE 2732)
Kimberly D. Newmarch (DE 4340)
RICHARDS, LAYTON & FINGER
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Telephone: (302) 651-7700
Facsimile: (302) 651-7701

- and -

Gregory M. Gordon (TX 08435300)
Daniel P. Winikka (TX 00794873)
JONES DAY
2727 North Harwood Street
Dallas, Texas 75201
Telephone: (214) 220-3939
Facsimile: (214) 969-5100

ATTORNEYS FOR KAISER ALUMINUM &
CHEMICAL CORPORATION

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | : Jointly Administered |
| | : Case No. 02-10429 (JKF) |
| KAISER ALUMINUM CORPORATION, | : |
| a Delaware corporation, et al., | : Chapter 11 |
| | : |
| Debtors. | : |
| | : |
| | : |

## CERTIFICATE OF SERVICE

I, Kimberly D. Newmarch, do hereby certify that on April 6, 2006, I caused copies of the below listed document to be served upon the parties referenced as the core group as applicable pursuant to the Third Amended Order Establishing Case Management Procedures and Hearing Schedule [Docket No. 8353]; Amended Core Group List [Docket No. 8391] via electronic mail;[1] and any list so attached referencing special parties in the manner indicated.

- Kaiser Aluminum & Chemical Corporation's Designation of Additional Items to Be Included in the Record on Appeal

Dated: April 6, 2006

                                             _____
                                             Kimberly D. Newmarch (DE 4340)

---

[1] All parties have been served via electronic mail unless such party has notified the Debtors that they do not have access to electronic mail.

RLF1-3000466-1

**Special Service (Via E-mail)**

William A. Wood, III
Bracewell & Guiliani LLP
711 Louisiana Street
Suite 2300
Houston, TX 77002-2781
E-mail: trey.wood@bracewellgiuliani.com

George H. Williams
Bracewell & Guiliani LLP
2000 K Street, N.W.
Suite 500
Washington, DC 20006
E-mail: greg.williams@bracewellgiuliani.com

Christopher F. Graham
Louis A. Curcio
Thacher Profitt & Wood LLP
Two World Financial Center
New York, NY 10281
E-mail: cgraham@tpw.com
E-mail: lcurcio@tpw.com

Frederick B. Rosner
Duane Morris
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
E-mail: fbrosner@duanemorris.com