UNITED STATES DISTRICT COURT
DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | ) |
| | ) |
| Kaiser Aluminum Corporation et al | ) Case No. 1:06-cv-00247-JJF |
| | ) |
| Debtor | ) Adv. Proc. No._____ |
| | ) |
| Public Utility No. 1 of Clark County | ) |
| | ) MEDIATOR'S CERTIFICATE OF COMPLETION |
| Appellant | ) |
| | ) |
| v. | ) |
| | ) |
| Kaiser Aluminum & Chemical Corporation | ) |
| | ) |
| Appellee | ) |

In accordance with this Court's Order Assigning Adversary Proceeding to Mediation, dated April 24, 2006, the undersigned mediator reports that the mediation was completed on <u>N/A See Below</u> and resolved in the following manner *(complete applicable provisions)*:

    (a)  The following individuals were present:

        (1) Parties (name and capacity) -

        (2) Counsel (name and party representing) -

    (b)  The following parties failed to appear and/or participate as ordered:

    (c)  The outcome of the mediation conference was:

      _____  The matter has been completely resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order within twenty (20) days of the conference.

      _____  The matter has been partially resolved and counsel (or parties) have been instructed to file an appropriate stipulation and proposed order regarding those claims or issues which have been resolved within twenty (20) days.

_____ The following issues remain for this court to resolve:

__X__ The matter has not been resolved and should proceed to trial.

__X__ OTHER: The parties have requested that the Mediation process be bypassed. The undersigned Mediator informed the Court of the parties' request pursuant to an email dated August 8, 2006 at 3:16 p.m. The Court has directed that this Mediator's Certificate of Completion be filed.

Dated: ___August 9, 2006___

_____
Signature of Mediator

Brian A. Sullivan
Name of Mediator
300 Delawre Avenue, 13th Floor
Mailing Address
Wilmington, DE 19801
City, State, Zip Code
(302) 652-1100
Phone No.

cc: Counsel of Record
    Pro Se Parties

(9-24-04)