```
            IN THE UNITED STATES DISTRICT COURT
               FOR THE DISTRICT OF DELAWARE

IN RE:                          :
                                :
KAISER ALUMINUM CORPORATION,    : Bankruptcy No. 02-10429 (JKF)
et al.                          :
                                :
        Debtors.                :
_____:_____
PUBLIC UTILITY NO. 1 OF CLARK   :
COUNTY d/b/a Clark Public       :
Utilities,                      :
                                :
        Appellant,              :
                                :
     v.                         : Civil Action No. 06-247 JJF
                                :
KAISER ALUMINUM & CHEMICAL      :
CORPORATION, et al.,            :
                                :
        Appellees.              :
```

### O R D E R

WHEREAS, the above-captioned Bankruptcy Appeal was referred to mediation in accordance with the Courts standing order dated July 23, 2004;

WHEREAS, the Court has been notified by the Mediator that the parties requested that the mediation process be waived (D.I. 5);

NOW THEREFORE, IT IS HEREBY ORDERED that the parties shall adhere to the following briefing schedule unless an otherwise agreed upon schedule is filed within fifteen (15) days of the date of this Order:

Appellants Opening Brief on appeal shall be filed within **fifteen (15) days** of the date of this Order.

Answering Brief on appeal shall be filed withing

**fifteen (15) days** of receipt of opening brief.

Reply Brief on appeal shall be filed within **ten (10) days** of receipt of answering brief.

August 15, 2006
DATE

_____
UNITED STATES DISTRICT JUDGE