DuaneMorris®

FIRM and AFFILIATE OFFICES

NEW YORK
LONDON
LOS ANGELES
CHICAGO
HOUSTON
PHILADELPHIA
SAN DIEGO
SAN FRANCISCO
BOSTON
WASHINGTON, DC
LAS VEGAS
ATLANTA
MIAMI
PITTSBURGH
NEWARK
WILMINGTON
PRINCETON
LAKE TAHOE

FREDERICK B. ROSNER
DIRECT DIAL: 302.657.4943
E-MAIL: fbrosner@duanemorris.com

www.duanemorris.com

September 1, 2006

**Via Hand Delivery**
The Honorable Joseph J. Farnan, Jr.
J. Caleb Boggs Federal Building
844 N. King Street
Room 4124, Lockbox 27
Wilmington, DE 19801

    Re:    No. 06-247-JJF; *Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities v. Kaiser Aluminum and Chemical Corporation (In re Kaiser Aluminum and Chemical Corporation)*

Dear Judge Farnan:

    On August 30, 2006, Appellant Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities filed its Opening Brief. In that brief, Clark noted in footnote 4 that two items were not included in Clark's Designation of Items to be Included in the Record on Appeal and that Clark would therefore file a motion for leave to supplement the record with respect to those two items (Docket Nos. 644 and 886).

    I write to advise that Appellee Kaiser Aluminum and Chemical Corporation included the two items in its Designation of Additional Items to be Included in the Record on Appeal. Thus, there is no need for a motion for leave to supplement the record on appeal.

Sincerely,

Frederick B. Rosner

FBR
cc:    William A. Wood, III, Esq.
        Tracy C. Temple, Esq.
        Daniel J. DeFranceschi, Esq.
        Kimberly D. Newmarch, Esq.
        Gregory M. Gordon, Esq.
        Daniel P. Winikka, Esq.