IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| KAISER ALUMINUM CORPORATION, | : | Bankruptcy Case No. 02-10429-JKF |
| a Delaware corporation, | : | |
| et al., | : | |
| | : | |
| Debtors. | : | |
| _____ | : | _____ |
| PUBLIC UTILITY DISTRICT NO. 1 | : | |
| OF CLARK COUNTY d/b/a CLARK | : | |
| PUBLIC UTILITIES, | : | |
| | : | |
| Appellant, | : | |
| v. | : | Civil Action No. 06-247-JJF |
| | : | |
| KAISER ALUMINUM CORPORATION, | : | |
| et al., | : | |
| | : | |
| Appellees. | : | |
| | : | |
| | : | |

**FINAL ORDER**

At Wilmington, this 29 day of March 2007, for the reasons
set forth in the Memorandum Opinion issued this date;

IT IS HEREBY ORDERED that the Bankruptcy Court's March 6,
2006 Order is **AFFIRMED**.

UNITED STATES DISTRICT JUDGE