IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| IN RE: | : Chapter 11 |
| KAISER ALUMINUM CORPORATION, a Delaware corporation, et al., | : Bankruptcy Case No. 02-10429-JKF |
| Debtors. | |
| PUBLIC UTILITY DISTRICT NO. 1 OF CLARK COUNTY d/b/a CLARK PUBLIC UTILITIES, | |
| Appellant, | |
| v. | : Civil Action No. 06-247-JJF |
| KAISER ALUMINUM CORPORATION, et al., | |
| Appellees. | |

### ERRATA ORDER

WHEREAS, the Court entered an Order (D.I. 12) in the above-captioned action affirming "the Bankruptcy Court's March 6, 2006 Order;"

WHEREAS, the Order contained a typographical error in that the date of the Bankruptcy Court's Order being affirmed was March 7, 2006, not March 6, 2006;

NOW THEREFORE, IT IS HEREBY ORDERED that the Court's March 29, 2007 Order (D.I. 12) is corrected to read that "the Bankruptcy Court's March 7, 2006 Order is **AFFIRMED**."

April 2, 2007
DATE

UNITED STATES DISTRICT JUDGE