# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KAISER ALUMINUM | § | Jointly Administered |
| CORPORATION, a Delaware | § | Case No. 02-10429 (JKF) |
| Corporation, et al., | § | |
| | § | |
| | § | |
| Debtors. | § | |
| | § | |
| _____ | § | |
| PUBLIC UTILITY DISTRICT NO. 1 | § | |
| OF CLARK COUNTY d/b/a CLARK | § | |
| PUBLIC UTILITIES, | § | |
| | § | |
| *Appellant,* | § | |
| | § | |
| vs. | § | Civil Action No. 06-247-JJF |
| | § | |
| KAISER ALUMINUM CORPORATION, | § | |
| et al., | § | |
| | § | |
| *Appellees.* | § | |

## NOTICE OF APPEAL TO THE UNITED STATES
## COURT OF APPEALS FOR THE THIRD CIRCUIT

TO THE HONORABLE JOSEPH J. FARNAN:

Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities ("Clark"),

pursuant to 28 U.S.C. § 158(d) and Federal Rule of Appellate Procedure 6(b), hereby files its

Notice of Appeal.

Clark appeals to the United States Court of Appeals for the Third Circuit from the Final

Order entered in this case on March 30, 2007, the Memorandum Opinion entered in this case on

March 30, 2007 and the Errata Order entered on April 2, 2007. The names of all parties to the

Order and the names, addresses, and telephone numbers of their respective attorneys are as follows:

### KAISER ALUMINUM & CHEMICAL CORPORATION:

Daniel J. DeFranceschi
RICHARDS, LAYTON & FINGER
One Rodney Square
Wilmington, Delaware  19801
Telephone:  (302) 651-7816

and

Gregory M. Gordon
Daniel P. Winikka
JONES DAY
2727 North Harwood Street
Dallas, Texas  75201
Telephone:    (214) 220-3939
*Counsel for Debtor and Debtor-in-Possession*
*Kaiser Aluminum & Chemical Corporation*

### PUBLIC UTILITY DISTRICT NO. 1 OF CLARK COUNTY d/b/a CLARK PUBLIC UTILITIES:

Frederick B. Rosner
DUANE MORRIS
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Telephone:  (302) 657-4900

and

William A. Wood, III
Warren W. Harris
Tracy C. Temple
BRACEWELL & GIULIANI LLP
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2781
Telephone:    (713) 223-2300

and

DM3\508072.1

George H. Williams,
BRACEWELL & GIULIANI LLP
2000 K Street, N.W., Suite 500
Washington, DC 20006
Telephone:    (202) 828-5800
*Counsel to Creditor Public Utility District No. 1 of*
*Clark County d/b/a Clark Public Utilities*

Dated: April 26, 2007

DUANE MORRIS LLP

_____
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Tel: (302) 657-4900
Fax: (302) 657-4901

and

BRACEWELL & GIULIANI LLP
William A. Wood, III, Esq.
(Texas Bar ID 21916050)
Warren W. Harris, Esq.
(Texas Bar ID 09108080)
Tracy C. Temple, Esq.
(Texas Bar ID 00793446)
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2781
Tel: (713) 223-2300
Fax: (713) 221-1212

and

George H. Williams, Esq.
2000 K Street, N.W., Suite 500
Washington, DC 20006
Phone: (202) 828-5800
Fax: (202) 223-1225

*Counsel to Public Utility District No. 1 of*
*Clark County d/b/a Clark Public Utilities*

-3-

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| KAISER ALUMINUM | § | Jointly Administered |
| CORPORATION, a Delaware | § | Case No. 02-10429 (JKF) |
| Corporation, et al., | § | |
| | § | |
| | § | |
| Debtors. | § | |
| | § | |
| _____ | § | |
| PUBLIC UTILITY DISTRICT NO. 1 | § | |
| OF CLARK COUNTY d/b/a CLARK | § | |
| PUBLIC UTILITIES, | § | |
| | § | |
| *Appellant,* | § | |
| | § | |
| vs. | § | Civil Action No. 06-247-JJF |
| | § | |
| KAISER ALUMINUM CORPORATION, | § | |
| et al., | § | |
| | § | |
| *Appellees.* | § | |

## CERTIFICATE OF SERVICE

I, Frederick B. Rosner, hereby certify that on this 26th day of April, 2007, I served one copy of the *Notice of Appeal to the United States Court of Appeals for the Third Circuit* upon the parties listed below in the manner indicated:

<u>**Hand Delivery**</u>
Daniel J. DeFranceschi, Esquire
Richards, Layton & Finger
One Rodney Square
Wilmington, Delaware 19801

<u>**First Class Mail**</u>
Gregory M. Gordon, Esquire
Daniel P. Winikka, Esquire
Jones Day
2727 North Harwood Street
Dallas, Texas 75201

**DUANE MORRIS LLP**

_____
Frederick B. Rosner (DE 3995)
1100 North Market Street, Suite 1200
Wilmington, DE 19801
Telephone:    (302) 657-4900
*Counsel to Appellant*