Civil Action No. 06-247 JJF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PUBLIC UTILITY DISTRICT NO. 1 OF CLARK COUNTY d/b/a Clark Public Utilities,

Appellant,

v.

KAISER ALUMINUM & CHEMICAL CORPORATION, et al.,

Appellees.

_____

Bankruptcy No. 02-10429 (JKF)

IN RE: KAISER ALUMINUM CORPORATION, et al.

Debtors.

On Appeal From The United States Bankruptcy Court
For The District Of Delaware

**APPELLANT'S STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF THE RECORD TO BE CERTIFIED FOR APPEAL**

Creditor Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities ("Clark"), pursuant to Federal Rule of Appellate Procedure 6, hereby files its Statement of Issues to be Presented on Appeal and Designation of the Record to be Certified for Appeal to the United States Court of Appeals for the Third Circuit, for the appeal of the Final Order entered in this case on March 30, 2007, the Memorandum Opinion entered in this case on March 30, 2007, and the Errata Order entered in this case on April 2, 2007.

**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

1.      Whether the District Court erred in finding that the Bankruptcy Court had jurisdiction over adjudication of the objection to Clark's proofs of claims?

2.	Whether the District Court erred in affirming the Bankruptcy Court's order granting summary judgment in favor of Kaiser Aluminum & Chemical Corporation and disallowing the claims filed by Clark Public Utilities?

Clark reserves the right to modify, restate and/or supplement the foregoing designation of items and statement of issues to the fullest extent permitted by the Rules.

## **DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

### **From the District Court: Cause No. 06-cv-247**

| Date | Docket Number | Description |
|---|---|---|
| 04/13/06 | 1 | Notice of Appeal from Bankruptcy Court appealing order entered on 3/7/06 by Judge Judith K. Fitzgerald in case number 02-10429. |
| 04/13/06 | 2 | Designation of Record and Statement of Issues on Appeal filed by Public Utility No. 1 of Clark County |
| 04/13/06 | -- | Designated Record on Appeal |
| 04/13/06 | 3 | Designation of Record and Statement on Appeal filed by Kaiser Aluminum & Chemical Corp. |
| 04/13/06 | -- | Designated Record on Appeal |
| 08/30/06 | 7 | Appellant's Brief by Public Utility No. 1 of Clark County |
| 09/14/06 | 9 | Answering Brief in Opposition Brief of Appellees Kaiser Aluminum Corp. |
| 03/12/07 | 10 | Reply Brief of Appellant filed by Public Utility No. 1 of Clark County |
| 03/29/07 | 11 | Memorandum Opinion signed by Judge Joseph J. Farnam, Jr. on 3/29/07 |
| 03/29/07 | 12 | Order Affirming, for reasons set forth in the memorandum Opinion D.I. 11, the Bankruptcy Court's Order dated 3/6/06 |

| 04/02/07 | 13 | Errata Order, correcting the Court's 3/29/07 Order, D.I. 12,, to read "the Bankruptcy Court's March 7, 2006 Order is AFFIRMED>" |
|---|---|---|
| 04/26/07 | 14 | Notice of Appeal of 6 Order, 13 Order, 11 Memorandum Opinion, 12 Order to the United States Court of Appeals for the Third Circuit filed by Public Utility No. 1 of Clark County |

**From the Bankruptcy Court: Cause No. 02-10429**

| Exhibit Number | Docket Number | Description |
|---|---|---|
| 1 |  | Bankruptcy Court Docket Sheet from October 29, 2002 to date. |
| 2 | 1301 | Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof. |
| 3 | 1992 | Order Establishing Bar Dates for Filing Proofs of Claim and Approving Form and Manner of Notice Thereof for Debtors and Debtors in Possession Alpart Jamaica Inc., KAE Trading, Inc., Kaiser Aluminum & Chemical Canada Investment Limited, Kaiser Aluminum & Chemical of Canada Limited, Kaiser Bauxite Company, Kaiser Center Properties, Kaiser Export Company, Kaiser Jamaica Corporation and Texada Mines, LTD. |
| 4 | 7480 | Verified Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for an Order Disallowing Claims Filed by Clark Public Utilities. |
|  |  | All exhibits attached to the Verified Motion of Docket 7480. |
| 5 | 7582 | Respondent's Brief and Motion for Determination that the Debtors' Motion for an Order Disallowing Claims [Docket No. 7480] Filed by Clark Public Utilities is a Non-Core Proceeding. |
|  |  | All exhibits attached to Brief and Motion of Docket 7582. |
| 6 | 7593 | Response to the Verified Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for an Order Disallowing Claims Filed by Clark Public Utilities. |
|  |  | All exhibits attached to the Motion of Docket 7593. |
| 7 | 7596 | Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims. |
|  |  | All exhibits attached to Emergency Motion of Docket 7596. |
| 8 | 7649 | Response of the Official Committee of Unsecured Creditors in Support of the Verified Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for an Order Disallowing Claims Filed by Clark Public Utilities. |
| 9 | 7662 | Kaiser Aluminum & chemical Company's Reply to Clark Public Utilities' Response to Verified Motion for an Order Disallowing Claims |
| 10 | 7693 | Respondent's Reply Brief in Further Support of Motion to Withdraw the Reference [Docket 7572] of the Debtors' Motion for an Order Disallowing |

| | | |
|---|---|---|
| | | Claims [Docket No. 7840] Filed by Clark Public Utilities from the United States Bankruptcy Court for the District of Delaware. |
| 11 | 7698 | Motion for Determination that the Debtors' Motion for an Order Disallowing Claims is a Non-Core Proceeding. |
| 12 | 7775 | Motion for Determination that the Debtors' Motion for an Order Disallowing Claims is a Non-Core Proceeding. |
| 13 | 7804 | Order Denying Motion by Public Utility District No. 1 of Clark County for Determination that the Debtors' Motion for an Order disallowing Claims is a Non-Core Proceeding |
| 14 | 7841 | Motion of Debtor and Debtor in Possession Kaiser Aluminum & chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities |
| 15 | 7842 | Brief in Support of Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities |
| | | All exhibits attached to the Summary Judgment Motion and Brief in Support of the Summary Judgment Motion |
| 16 | 8016 | Response and Objection to the Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities. |
| | | All exhibits attached to Clark Public Utilities Response and Objection to the Summary Judgment Motion |
| 17 | 8017 | Brief in Support of Response and Objection to the Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities. |
| | | All exhibits attached to the Brief in Support of Clark Public Utilities Response and Objection to the Summary Judgment Motion |
| 18 | 8018 | Affidavit of James L. Sanders in Support of Response and Brief of Clark Public Utilities to Kaiser's Motion for Summary Judgment. |
| 19 | 8043 | Reply to Clark Public Utilities' Response to Motion for Summary Judgment Regarding Verified Motion for an Order Disallowing Claims. |
| 20 | 8181 | Transcript of hearing held on January 12, 2006 |
| | | All exhibits offered by Clark Public Utilities during the January 12, 2006 hearing on Motion for Summary Judgment |
| 21 | | Transcript of hearing held on January 30, 2006 |
| 22 | 8354 | Certification of Counsel Regarding Order (I) Granting Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities and (II) Disallowing Claims Filed by Clark Public Utilities. |
| 23 | | All exhibits attached to Certification of Docket 8354 |

| | | |
|---|---|---|
| 24 | 8371 | Order (I) Granting Motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation for Summary Judgment Regarding Its Verified Motion for an Order Disallowing Claims Filed by Clark Public Utilities and (II) Disallowing Claims Filed by Clark Public Utilities, entered on March 7, 2006 |
| 25 | 8415 | Notice of Appeal filed by Clark Public Utilities on March 16, 2006 |

**Additional Documents Designated by Kaiser in Bankruptcy Court**

| Exhibit Number | Docket Number[1] | Description |
|---|---|---|
| 1 | | Proof of Claim Number 3122 filed by Clark and received by Logan & Company on January 30, 2003 |
| 2 | | Proof of Claim Number 7245 filed by Clark and received by Logan & Company on January 30, 2003 |
| 3 | 644 | Motion for Relief from Stay Protecting Kaiser Aluminum and Chemical Corporation. Filed on June 14, 2002 |
| 4 | 645 | Memorandum of Law in Support of Clark Public Utilities' Motion for Relief from the Automatic Stay Protecting Kaiser Aluminum and Chemical Corporation Filed by Clark Public Utilities on June 14, 2002 |
| 5 | 783 | Objection to Motion of Public Utility District No. of Clark County for Limited Relief from Stay Protecting Kaiser Aluminum and Chemical Corporation Under Section 362 of the Bankruptcy Code filed on July 15, 2002 |
| 6 | 795 | Objection to Motion of Public Utility District No. 1o f Clark County for Limited Relief from the Automatic Stay filed by KACC, filed July 16, 2002 |
| 7 | 886 | Transcript of hearing held on July 23, 2002 |
| 8 | 1090 | Order signed on 9/17/01 – Denying Motion of Public Utility District No. 1 of Clark County for Limited Relief from the Automatic Stay Entered on September 17, 2002 |
| 9 | 1555 | Emergency Motion for Relief from Stay Protecting Kaiser Aluminum and Chemical Corporation, filed by Clark on January 7, 2003 |

---

[1] Docket numbers refer to the docket in the main bankruptcy case, Case No. 02-10429 in the United States Bankruptcy Court for the District of Delaware

| 10 | 1556 | Motion to Shorten Time Filed by Clark Public Utilities on January 7, 2003 |
|---|---|---|
| 11 | 1574 | Objection to the Emergency Motion of Public Utility District No. 1o f Clark County for Limited Relief from the Automatic Stay Protecting Kaiser Aluminum and Chemical Corporation filed by Official Committee of Unsecured Creditors on January 13, 2003 |
| 12 | 1580 | Objection to Emergency Motion of Clark County, filed by KACC on 01/13/03 |
| 13 | 1696 | Transcript of hearing held on January 15, 2003 |
| 14 | 1725 | Emergency Motion to Reconsider Prior Motion for Relief from the Automatic Stay Filed by Clark Public Utilities – filed on 2/05/03 |
| 15 | 1726 | Motion to Shorten Time Filed by Clark Public Utilities on 02/05/03 |
| 16 | 1731 | Order Granting Motion to Shorten Time and setting telephone hearing on Motion of Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities to Reconsider Motion, entered on February 7, 2003 |
| 17 | 1736 | Objection of the Official Committee of Unsecured Creditors to the Emergency Motion of Public Utility District No. 1 of Clark County for Reconsideration of Motion Dated January 7, 2003 Requesting Limited Relief from the Automatic Stay Protecting Kaiser Aluminum and Chemical Corporation, filed on 02/10/03 |
| 18 | 1737 | Objection to Emergency Motion of Public Utility District No. 1 Clark County, filed by KACC on 02/10/03 |
| 19 | 1813 | Transcript of hearing held on February 11, 2003 |
| 20 | 1909 | Transcript of hearing held on March 3, 2003 |
| 21 | 1920 | Order Granting Motion to Shorten Notice of Motion of Debtor and Debtor In Possession to Reinstate and Enforce the Automatic Stay Against Clark Public Utilities for Failure to Comply with Court's Order Regarding Clark Public Utilities' March 3, 2003 Submission to the Federal Emergency Regulatory Commission, entered on 03/12/03 |
| 22 | 1991 | Order Denying Emergency Motion of Public Utility District No. 1 of Clark County for Limited Relief From Stay, entered 03/17/03 |

| 23 | 2000 | Order Granting in Party and Denying in Part the Emergency Motion of Public Utility District No. 1 of Clark County for Reconsideration of Motion Dated January 7, 2003 Requesting Limited Relief from the Automatic Stay, entered 03/17/03 |
|---|---|---|
| 24 | 2044 | Transcript of hearing held on March 17, 2003 |
| 25 | 2395 | Order Denying motion of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation to Reinstate and Enforce the Automatic Stay against Clark Public Utilities for failure to Comply with the Court's Order Regarding Clark Public Utilities' March 3, 2003 – entered on 06/10/03 |
| 26 | 2595 | Motion to Shorten Time and for Relief *Pendente Lite* filed by Clark Public Utilities on 07/18/03 |
| 27 | 2598 | Motion for Relief from Stay, filed by Clark on 07/18/03 |
| 28 | 2611 | Objection of the Official Committee of Unsecured Creditors to the Emergency Motion of Public Utility District No. 1 of Clark County for Limited Relief from the Automatic Stay Protecting Kaiser Aluminum and Chemical Corporation, filed on 07/23/03 |
| 29 | 2612 | Objection of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation to Emergency Motion of Public Utility District No. 1o f Clark County for Limited Relief from the Automatic Stay, filed on 07/23/03 |
| 30 | 2616 | Order Denying Public Utility District No. 1 of Clark County Motion for Relief from Stay – entered on 07/23/03 |
| 31 | 7572 | Motion to Withdraw the Reference – filed by Clark on 10/24/05 |
| 32 | 7583 | Brief in Support of Motion to Withdraw the Reference of the Debtors' Motion for an Order Disallowing Claims filed by Clark Public Utilities from the United States Bankruptcy Court for the District of Delaware, filed on 10/24/05 |
| 33 | 7595 | Motion to Shorten time with Respect to Its Emergency Motion to Stay Debtor's Motion for an Order Disallowing Claims Filed by Public Utility District No. 1 of Clark County, filed on 10/25/05 |
| 34 | 7644 | Kaiser Aluminum & Chemical Corporation's Brief in Response to Motion for an Order Disallowing Claims Filed by Clark Public Utilities – filed on 11/03/05 |
| 35 | 7646 | Joinder of the Official Committee of Unsecured Creditors to Kaiser Aluminum & Chemical Corporation's Brief in Response to Motion and Brief of Clark Public Utilities to Withdraw Reference of the Debtors' Motion for an Order Disallowing Claims Filed by Clark Public Utilities – filed on 11/04/05 |

| | | |
|---|---|---|
| 36 | 7647 | Joinder of the Official Committee of Unsecured Creditors to Debtors' Response to Motion and Brief of Clark Public Utilities for a Determination that Debtors' Motion to Disallow Claims in a Non-Core Proceeding – filed 11/04/05 |

| | | |
|---|---|---|
| 37 | 7660 | Objection to Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims – filed by KACC on 11/07/05 |
| 38 | 7694 | Debtor Kaiser Aluminum & Chemical Corporation's Response to Respondent's Brief and Motion for Determination that Debtors' Motion Disallowing Claims is a Non-Core Proceeding – filed on 11/10/05 |
| 39 | 7711 | Protective Objection of Clark Public Utilities to confirmation of Debtors' Second Amended Joint Plan of Reorganization – filed on 11/14/05 |
| 40 | 7720 | Order Shortening Time for Hearing on the Emergency Motion of Clark Public Utilities for Stay of Debtors' Motion for Order Disallowing Clark's Claims – entered on 11/21/05 |
| 41 | 7747 | Transcript of hearing held on November 14, 2005 |
| 42 | 7777 | Order Denying Emergency Motion by Public Utility District No. 1 of Clark County for Stay of Debtors' Motion for Order Disallowing Clark's Claims – entered on 11/21/05 |

**Designation of Additional Items filed in District Court Cause No. 05-00836**

| Exhibit Number | Docket Number | Description |
|---|---|---|
| 1 | 6 | Emergency Motion of Clark Public Utilities for Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference – filed on 123/05/05 |
| 2 | 7 | Opening Brief in Support of Motion to Withdraw the Reference and Emergency Motion of Clark Public Utilities for Stay of Further Proceedings related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference – filed 12/05/05 |
| 3 | 8 | Motion for Expedited Hearing for Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims – filed on 12/05/05 |
| 4 | 12 | Response of Debtor and Debtor in Possession Kaiser Aluminum & Chemical Corporation to Motion for Expedited Hearing for Emergency Motion of Clark Public Utilities for Stay of the Debtors' Motion for an Order Disallowing Claims – filed on 12/15/05 |

| 5 | 13 | Brief in Response to Brief and Emergency Motion of Clark Public Utilities for Stay of Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims pending Determination of Motion to Withdraw Reference – filed on 12/15/05 |
|---|---|---|
| 6 | 16 | Respondent's Reply Brief in Further Support of Emergency Motion of Clark Public Utilities to Stay Further Proceedings Related to the Debtors' Motion for an Order Disallowing Claims Pending Determination of Motion to Withdraw Reference –filed on 12/22/05 |
| 7 | 23 | Transcript of Argument Hearing held on 1/11/06 before Judge Farnam, Jr. |

Dated: May 7, 2007

**DUANE MORRIS, LLP**

/s/ Christopher M. Winter
Frederick B. Rosner (DE 3995)
Christopher M. Winter (DE 4163)
1100 North Market Street, Suite 1200
Wilmington, DE 19801-1246
Tel: (302) 657-4900
Fax: (302) 657-4901

and

BRACEWELL & GIULIANI LLP
William A. Wood, III, Esq.
(Texas Bar ID 21916050)
Warren W. Harris, Esq.
(Texas Bar ID 09108080)
Tracy C. Temple, Esq.
(Texas Bar ID 00793446)
711 Louisiana Street, Suite 2300
Houston, Texas 77002-2781
Tel: (713) 223-2300
Fax: (713) 221-1212

and

George H. Williams, Esq.
2000 K Street, N.W., Suite 500
Washington, DC 20006
Phone: (202) 828-5800
Fax: (202) 223-1225

*Counsel to Public Utility District No. 1 of Clark County d/b/a Clark Public Utilities*