Civil Action No. 06-247 JJF

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

PUBLIC UTILITY DISTRICT NO. 1 OF CLARK COUNTY d/b/a Clark Public Utilities,

Appellant,

v.

KAISER ALUMINUM & CHEMICAL CORPORATION, et al.,

Appellees.

Bankruptcy No. 02-10429 (JKF)

IN RE: KAISER ALUMINUM CORPORATION, et al.

Debtors.

## CERTIFICATE OF SERVICE

I, Christopher M. Winter, hereby certify that on this 7th day of May, 2007, I served the *Appellant's Statement of Issues to be Presented on Appeal and Designation of the Record to be Certified for Appeal* (Docket No. 16) and *Transcript Purchase Order for Third Circuit Court of Appeals* (Docket No. 18) upon the parties listed below in the manner indicated:

*Hand Delivery*
Daniel J. DeFranceschi, Esquire
Richards Layton & Finger
One Rodney Square
Wilmington, DE 19801

*First Class Mail*
Gregory M. Gordon, Esquire
Daniel P. Winikka, Esquire
Jones Day
2727 North Harwood Street
Dallas, TX 75201

2

*Hand Delivery*
Leonard Dibbs, Court Reporter
United States District Court
844 King Street
Wilmington, DE 19801

                                      **DUANE MORRIS LLP**

                                      Christopher M. Winter (DE 4163)
                                      1100 North Market Street, Suite 1200
                                      Wilmington, DE 19801
                                      Telephone: (302) 657-4900

DM3\511500.1